# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In Re:  
CHESTER CALDWELL  
4746 C NARROW LANE RD  
MONTGOMERY, AL 36116

Case No. 16-33494-WRS  
Chapter 13

Debtor  
SSN: XXX-XX-8781

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

ENOVAPREMIER OF ALABAMA LLC  
ATTN PAYROLL  
1630 LYNDON FARM CT STE 100  
LOUISVILLE, KY  40223-5030

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, February 20, 2018.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

**CC:**  CHESTER CALDWELL