IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE THE MATTER OF:     \*

    \*     CHAPTER 7

    Chester Caldwell     \*

    \*     CASE NO. 16-33494

    \*

    Debtor     \*

## NOTICE OF CHANGE OF DEBTORS ADDRESS

Above named Debtor, by and through counsel, hereby requests that all notices in the above styled case be sent to

    Chester Caldwell
    425 N Burbank Drive, Apt 507
    Montgomery, AL 36116

DATED:     March 9, 2018

    /S/ RICHARD D. SHINBAUM
    RICHARD D. SHINBAUM
    rshinbaum@samvpc.com
    Attorneys for the Debtor
    SHINBAUM, MCLEOD & CAMPBELL
    Post Office Box 201
    Montgomery, Alabama 36101
    (334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served all parties listed below the above notice by sending a copy of the same on March 9, 2018.

Carly B. Wilkins
PO Box 6234
Montgomery, AL 36104

    /S/ RICHARD D. SHINBAUM